**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-00551-LTB-CBS

STEVEN D. HARRINGTON,
        Plaintiff,

v.

LARRY REID, and
KEN SALAZAR THE ATTORNEY GENERAL,
        Defendants.
_____

**ORDER**
_____

On October 31, 2005, the Magistrate Judge issued his recommendation that Petitioner's Amended Memorandum of Law in Support of Applicant's Writ of Habeas Corpus Petition pursuant to 28 U.S.C. § 2254 (Amended Petition) (filed August 18, 2005) (Docket #49) be denied and this civil action be dismissed with prejudice. Petitioner/Applicant, by counsel, filed specific written objections to the Magistrate Judge's recommendation timely on November 10, 2005. On December 1, 2005, Robert G. Levitt, counsel for Applicant, filed his Motion for Permission to Withdraw as Applicant's Counsel. Respondents have filed no response to the objections to the Magistrate Judge's recommendation and no response to the Motion to Withdraw. Applicant has filed no response to the Motion to Withdraw.

I have reviewed the file in this action *de novo* in light of the Magistrate Judge's thorough and exhaustive analysis of the claims underlying the § 2254 Petition. On *de*

*novo* review, I conclude that the Magistrate Judge's recommendation is correct in all respects.  Accordingly,

    IT IS ORDERED that the recommendation is APPROVED, the petition is DENIED, and the above action is DISMISSED WITH PREJUDICE.

    IT IS FURTHER ORDERED that counsel Robert G. Levitt's Motion to Withdraw is GRANTED.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED: December 15, 2005