IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00551-LTB-CBS

STEVEN HARRINGTON

       Applicant,

v.

LARRY REID, and
KEN SALAZAR, Attorney General of the State of Colorado,

       Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Babcock, Chief Judge

       Applicant has filed a notice of appeal, permission to proceed in forma pauperis from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

       ORDERED that a certificate of appealability will not be issued.

       DATED at Denver, Colorado this   10th   day of January, 2006.

       BY THE COURT:

       s/Lewis T. Babcock
       JUDGE, UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLORADO