IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00551-LTB-CBS

STEVEN HARRINGTON

        Applicant,

v.

LARRY REID, and
KEN SALAZAR, Attorney General of the State of Colorado,

        Respondents.

## ORDER TO CURE DEFICIENCY

Babcock, Chief Judge

        Applicant submitted a Notice of Appeal, Permission to Proceed In Forma Pauperis on January 6, 2006. The court has determined that the document is deficient as described in this order.

Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X    is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
- \_\_\_\_ is not submitted
- \_\_\_\_ is missing affidavit
- X   is missing required financial information (certified copy of prisoner's trust fund statement )
- \_\_\_\_ is missing an original signature by the prisoner
- X   is not on proper form (must use the court's current form)
- \_\_\_\_ other _____

Accordingly, it is

ORDERED that applicant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to applicant, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if applicant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   10th   day of January, 2006.

BY THE COURT:

  s/Lewis T. Babcock
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO