
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 0 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00551-LTB-CBS

STEVEN HARRINGTON

    Petitioner,

v.

LARRY REID, and
KEN SALAZAR, Attorney General of the State of Colorado,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __24th__ day of __March__, 2010.

    BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock
    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 04-cv-00551 LTB-CBS

District Court, City and County of Denver
Denver City & County Bldg.
1437 Bannock St. Rm 256
Denver, CO 80202

Steven Harrington
# 84153
Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215-0777

Paul Edward Koehler - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

  I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 3/30/10 .

            GREGORY C. LANGHAM, CLERK

            By: _____
               Deputy Clerk